SARAH V. KINNEY, Appellant, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.

Counsel appeared January 4, 1945; decided February 21, 1945.

*La Verne Orvis* for appellant.
*Lester T. Hubbard* for respondent.

Application for leave to withdraw appeal granted on condition that the appellant pay to the respondent taxable disbursements within twenty days; otherwise, order affirmed and judgment absolute ordered on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.